# MEMBER

| | | |
|---|---|---|
| **Party or REIO** | United Kingdom of Great Britain and Northern Ireland |  |
| **Member since** | 15-VII-1955 | |
| **National Organ** | Ministry of Justice<br>Post point 9.11,<br>102 Petty France<br>LONDON SW1H 9AJ | |

For information on the legalisation of documents, including requesting an Apostille, please go to:
www.gov.uk/get-document-legalised

For enquiries about legalisation, please email:
LegalisationEnquiries@fco.gov.uk

For enquiries about requests under the HCCH Service and Evidence Conventions, please contact the UK Central Authority for Service or the UK Central Authority for Evidence.

> **N.B.**
> The purpose of National Organs is the communication between the Members and the HCCH's Permanent Bureau (Secretariat). They are not intended for communications with the public.
>
> Questions concerning a specific Convention may be directed to a Central or Competent Authority designated by a State for a particular Convention. The details of those authorities are available on the webpage relating to the specific Convention. If legal advice is required, assistance from a qualified lawyer may be necessary.
>
> The Permanent Bureau does not respond to legal queries from private persons or legal practitioners concerning the operation of the various Hague Conventions.

Cited in C&R Law LLP v. Anderson Invs Intl LLC 20-civ-7937 Decided 3/26/21
Archived on 3/30/21
This document is protected by copyright. Further reproduction is prohibited without permission.

| | |
|---|---|
| **Is a Contracting Party to:** | - Convention of 5 October 1961 on the Conflicts of Laws Relating to the Form of Testamentary Dispositions [11]<br>- Convention of 5 October 1961 Abolishing the Requirement of Legalisation for Foreign Public Documents [12]<br>- Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters [14]<br>- Convention of 1 June 1970 on the Recognition of Divorces and Legal Separations [18]<br>- Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters [20]<br>- Convention of 2 October 1973 on the Recognition and Enforcement of Decisions Relating to Maintenance Obligations [23]<br>- Convention of 25 October 1980 on the Civil Aspects of International Child Abduction [28]<br>- Convention of 1 July 1985 on the Law Applicable to Trusts and on their Recognition [30]<br>- Convention of 29 May 1993 on Protection of Children and Co-operation in Respect of Intercountry Adoption [33]<br>- Convention of 19 October 1996 on Jurisdiction, Applicable Law, Recognition, Enforcement and Co-operation in Respect of Parental Responsibility and Measures for the Protection of Children [34]<br>- Convention of 13 January 2000 on the International Protection of Adults [35]<br>- Convention of 30 June 2005 on Choice of Court Agreements [37]<br>- Convention of 23 November 2007 on the International Recovery of Child Support and Other Forms of Family Maintenance [38] |
| **Has signed:** | - Convention of 2 October 1973 Concerning the International Administration of the Estates of Deceased Persons [21] |

Cited in CKR Law LLP v. Anderson Invs Intl LLC 20Civ.7937 Decided 3/26/21 Archived on 3/30/21 This document is protected by copyright. Further reproduction is prohibited without permission.