UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CKR LAW LLP f/k/a CRONE KLINE RINDE, LLP,<br><br>Petitioner,<br><br>v.<br><br>ANDERSON INVESTMENTS INTERNATIONAL, LLC, PARAMOUNT SERVICES LLC a/k/a PARAMOUNT SERVICES LTD., INTECH HOLDINGS (HK) LIMITED a/k/a INTECH INTERNATIONAL GROUP CO. LIMITED a/k/a INTECH HOLDINGS INC., WHITE ROCK ELECTRONIC TRADING LLC, BMR CONSULTING, EDMUND WHITE a/k/a RAVI RACH, GULZHAN NAMAZBAEVA, and SATYABRATO CHAKRAVARTY,<br><br>Respondents. | Civil Action No. 1:20-cv-07937-JSR<br><br>DECLARATION OF MICHAEL JAMES MALONEY IN SUPPORT OF REQUEST for CLERK'S CERTIFICATE OF DEFAULT |

I, Michael James Maloney, hereby declares as follows:

1. I represent Petitioner CKR Law LLP f/k/a Crone Kline Rinde, LLP ("Petitioner") in this action.

2. This action was commenced pursuant to a Petition to Compel Arbitration filed on September 25, 2020 (Dkt. 1).

3. The time for defendants, Anderson Investments International, LLC, Paramount Services LLC a/k/a Paramount Services Ltd., Intech Holdings (HK) Limited a/k/a Intech International Group Co. Limited a/k/a Intech Holdings Inc., White Rock Electronic Trading LLC, BMR Consulting, Edmund White a/k/a Ravi Rach, Gulzhan Namazbaeva, and Satyabrato Chakravarty (altogether, "Respondents"), to answer or otherwise move with respect to the Petition herein has expired.

{00039884.}

4. That Respondents have not answered or otherwise moved with respect to the Petition, and the time for Respondents to answer or otherwise move has not been extended.

5. That none of the Respondents are infants or incompetent persons. Respondents are not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, Petitioner requests that the default of Respondents be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: New York, New York
      May 12, 2021

Respectfully submitted,

FELICELLO LAW P.C.

By:   */s/ Michael James Maloney*
      Michael James Maloney
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Tel. (646) 564-3510
mmaloney@felicellolaw.com

*Attorneys for Petitioner CKR Law LLP f/k/a Crone Kline Rinde, LLP*