# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

CKR LAW LLP f/k/a CRONE KLINE RINDE, LLP,

    Petitioner,

v.

ANDERSON INVESTMENTS INTERNATIONAL, LLC, PARAMOUNT SERVICES LLC a/k/a PARAMOUNT SERVICES LTD., INTECH HOLDINGS (HK) LIMITED a/k/a INTECH INTERNATIONAL GROUP CO. LIMITED a/k/a INTECH HOLDINGS INC., WHITE ROCK ELECTRONIC TRADING LLC, BMR CONSULTING, EDMUND WHITE a/k/a RAVI RACH, GULZHAN NAMAZBAEVA, and SATYABRATO CHAKRAVARTY,

    Respondents.

Civil Action No. 1:20-cv-07937-JSR

[PROPOSED] DEFAULT JUDGMENT

Upon the Court's Opinion Order, dated June 21, 2021 (Docket 66), and upon all prior proceedings, pleadings, and filings in this action, final judgment will now be entered, as follows:

(1) Judgment, pursuant to Fed. R. Civ. Proc. 55(b)(2) and 9 U.S.C. § 4, shall be entered in favor of Petitioner CKR Law LLP ("Petitioner") and against Respondents Anderson Investments International, LLC ("Anderson"); Intech Holdings (HK) Limited a/k/a Intech International Group Co. Limited a/k/a Intech Holdings Inc. ("Intech"), White Rock Electronic Trading LLC ("White Rock"), Paramount Services LLC a/k/a Paramount Services Ltd. ("Paramount"), and BMR Consulting ("BMR"); Ravi Rach a/k/a Edmund White ("Rach"), Gulzhan Namazbaeva ("Namazbaeva") and Satyabrato Chakravarty ("Chakravarty") (altogether, the "Respondents");

1

(2) The Respondents are hereby ordered and directed to proceed to arbitration of the disputes alleged in the Petition (Docket 1). The proceedings and hearings of the arbitration shall take place in the city, county and state of New York;

(3) JAMS International is hereby appointed as the arbitral institution that shall provide administrative services and technical assistance and secretarial services for the arbitration, which shall be governed by the JAMS International Arbitration Rules.

Dated: New York, New York
June 28, 2021

_____
Jed S. Rakoff, U.S.D.J.